DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC WATKINS,**
Appellant,

v.

**NICHOLAS DA SUITE, M.D., and NEUROLOGY, DIAGNOSTICS &
APPLIED SOLUTIONS, INC.,**
Appellee.

No. 4D20-2490

[November 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE19-25843.

Eric Watkins, Sunrise, pro se.

Karissa L. Owens of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***